UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1765 PA (Ex) | Date | June 28, 2022 |
|---|---|---|---|
| Title | Marius Dorneanu v. Transunion, LLC et al | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **Order to Show Cause Re; Dismissal For Lack Of Prosecution**

Plaintiff commenced this action on March 17, 2022, and filed an amended complaint on May 19, 2022. Under Federal Rule of Civil Procedure 4(m), service of process on a defendant is due within 90 days of the filing of the complaint. See Fed. R. Civ. P. 4(m). Rule 4(m)'s 90-day period has expired and Plaintiff, who is represented by counsel, has not filed a proof of service for defendant University Accounting Service, LLC, or requested additional time to do so.

Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **July 13, 2022,** why defendant University Accounting Service, LLC should not be dismissed from this action for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.

|   | : |   |
|---|---|---|
| Initials of Preparer | | KSS |