Jonathan A. Stieglitz, Esq.
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Tel: (323) 979-2063
Fax: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com
Attorneys for Plaintiff

Kristin L. Marker
QUILLING SELANDER LOWNDS WINSLETT AND MOSER PC
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5442
kmarker@qslwm.com
Attorneys for Defendant
Transunion, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| **MARIUS DORNEANU**, <br><br> Plaintiff, <br><br> v. <br><br> **TRANSUNION, LLC, CLIMB INVESTCO, LLC dba CLIMB CREDIT,** <br><br> Defendants. | No. 2:22-cv-01765-PA-E <br><br><br> <u>**DISMISSAL ORDER**</u> |

  **IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 6, 2022 Stipulation of Dismissal, all claims asserted against Defendant **TRANSUNION, LLC only** in Civil Action No. 2:22-cv-01765-PA-E, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 11th day of July, 2022.**

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE