Jonathan A. Stieglitz, Esq.
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Tel: (323) 979-2063
Fax: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com
Attorneys for Plaintiff

James K. Schultz, Esq.
SESSIONS ISRAEL AND SHARTLE LLP
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
(619) 758-1891
jschultz@sessions.legal
Attorneys for Defendant
University Accounting Service, LLC

J S - 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MARIUS DORNEANU, <br><br>                    Plaintiff, <br><br>        v. <br><br> TRANSUNION, LLC, CLIMB INVESTCO, LLC dba CLIMB CREDIT, and UNIVERSITY ACCOUNTING SERVICE, LLC, <br><br>                    Defendants. | No. 2:22-cv-01765-PA-E <br><br> **<u>DISMISSAL ORDER</u>** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 22, 2022 Stipulation of Dismissal, all claims asserted against remaining Defendant **UNIVERSITY ACCOUNTING SERVICE, LLC** in Civil Action No. 2:22-cv-01765-PA-E, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 22nd day of December 2022.**

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE